**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 182 MM 2015

Respondent

v.

CRAIG RYAN HINES,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2016, the Application for Leave to File Original Process is **GRANTED**, and the "Petition for Assumption of Jurisdiction" is **DENIED.**

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.